UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHN POULLARD (#98999)

VERSUS

ANTHONY MCCOY, ET AL

CIVIL ACTION

NUMBER 12-299-BAJ-SCR

**RULING**

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated August 10, 2012 (doc. 18), and plaintiff's opposition filed August 15, 2012 (doc. 21).

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** plaintiff's claims which arose prior to November 2010 against EMT Anthony Mccoy, nurse Kisha McMillian and nurse Christine Washington are dismissed pursuant to 28 U.S.C. § 1915A(b)(1).

Baton Rouge, Louisiana, October 30, 2012.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA