UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHN POULLARD (#98999)

VERSUS                                              CIVIL ACTION

ANTHONY MCCOY, ET AL                                NUMBER 12-299-BAJ-SCR

**RULING ON MOTION TO COMPEL**

Before the court is the plaintiff's Motion to Compel discovery. Record document number 74. No opposition or other response has been filed.

Plaintiff moved to compel responses to his discovery requests. A review of the record showed the plaintiff served interrogatories and a requests for production of documents on May 13, 2013.[1] The discovery requests were filed in the record on May 28, 2013. Defendants failed to serve answers or produce documents.[2]

Accordingly, the plaintiff's unopposed Motion to Compel discovery is granted. Defendants shall serve their answers and produce responsive documents within 14 days from the date of this

---

[1] Record document numbers 71 and 72, respectively.

[2] The Scheduling Order requires that discovery requests and responses be filed in the record. Record document number 69.

ruling.  No objections will be allowed.[3]

   Baton Rouge, Louisiana, August 5, 2013.

*[signature: Stephen C. Riedlinger]*
                              STEPHEN C. RIEDLINGER
                              UNITED STATES MAGISTRATE JUDGE

---

   [3] Generally, discovery objections are waived if a party fails to timely object to interrogatories, production requests or other discovery efforts.  *See*, *In re U.S.*, 864 F.2d 1153, 1156 (5th Cir.), *reh'g denied*, 869 F.2d 1487 (5th Cir. 1989); *Godsey v. U.S.*, 133 F.R.D. 111, 113 (S.D. Miss. 1990.)