UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHN POULLARD (#98999)

VERSUS

ANTHONY MCCOY, ET AL.

CIVIL ACTION

NO. 12-299-SDD-SCR

## RULING

The Court has carefully considered the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated February 21, 2014. Plaintiff has filed *Objections*[3] which the Court has considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, the *Motion for Partial Summary Judgment*[4] filed by Defendants, Warden Burl Cain and Asst. Warden Donald Barr; the *Motion for Summary Judgment*[5] filed by Defendant, Dr. Jonathan Roundtree; Plaintiff's *Motion for Summary Judgment*[6] and his *Supplemental Motion for Summary*[7] are DENIED.

Baton Rouge, Louisiana, the 17 day of March, 2014.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 109.
[3] Rec. Docs. 111 and 114.
[4] Rec. Doc. 91.
[5] Rec. Doc. 92.
[6] Rec. Doc. 97.
[7] Rec. Doc. 99.