UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHN POULLARD (#98999)

VERSUS

ANTHONY MCCOY, ET AL.

CIVIL ACTION

NO. 12-299-SDD-SCR

## RULING

The Court has carefully considered the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated April 2, 2014. Plaintiff has filed an *Objection*[3] which the Court has considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, Plaintiff's *Preliminary Injunction Motion for Injunction and a Federal Consent Decree*[4] is DENIED.

Baton Rouge, Louisiana the 28 day of April, 2014.

*signature*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 117.
[3] Rec. Doc. 121.
[4] Rec. Doc. 103.